UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>        Plaintiff,<br><br>    v.<br><br>MARRIOTT HOTEL SERVICES, INC.,<br><br>        Defendant. | Case No. 20-cv-07137-TSH<br><br>**ORDER TO SHOW CAUSE** |

On January 22, 2021, Defendant Marriott Hotel Services, Inc. filed a motion to dismiss, with a noticed hearing date of March 4, 2021. ECF No. 16. However, Plaintiff failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby **VACATES** the motion hearing and **ORDERS** Plaintiff Samuel Love to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by February 18, 2021. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on March 4, 2021 at 10:00 a.m. by Zoom video conference. The webinar link and instructions are located at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/. <u>Notice is hereby provided that failure to file a written response will be deemed an admission that Plaintiff does not intend to prosecute, and the case will be dismissed without prejudice.</u> Thus, it is imperative the Court receive a written response by the deadline above.

    **IT IS SO ORDERED.**

Dated: February 8, 2021

_____
THOMAS S. HIXSON
United States Magistrate Judge